UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL D. CLAXTON,            No. 2:08-cv-01058-MCE-EFB

    Petitioner/Plaintiff,

    v.                        <u>AMENDED PRETRIAL (STATUS)</u>
                             <u>SCHEDULING ORDER</u>

COUNTY OF COLUSA, et al.,

    Respondents/Defendants.

_____/

Pursuant to the Court's Order approving the parties' stipulation to bifurcate from Petitioner's remaining claims the proceedings on his Petition for Writ of Mandate, the now Court directs the parties to adhere to the agreed-upon briefing schedule with respect to that Petition as follows:

    1)    Petitioner's Opening Brief must be filed and served by June 1, 2009.

    2)    The County's Opposition Brief must be filed and served by July 1, 2009.

    3)    Petitioner's Reply Brief must be filed and served by July 15, 2009.

1

1     4)   Hearing on the Petition is scheduled for July 30, 2009
2          at 2:00 p.m. in Courtroom 7 before Judge Morrison C.
3          England, Jr.

As stated in the Original Pretrial Scheduling Order ("PTSO") issued September 9, 2008, the Court places a page limit of twenty (20) pages on all initial moving papers, twenty (20) pages on oppositions, and ten (10) pages for replies. All requests for page limit increases must be made in writing to the Court setting forth in detail any and all reasons for any increase in page limit at least fourteen (14) days prior to the filing of the motion.

Within twenty (20) days of the Court issuing its decision regarding the Petition for Writ of Mandate, the parties shall confer as required by Federal Rule of Civil Procedure 26(f) and shall prepare and submit to the Court a Joint Status Report that includes the Rule 26(f) discovery plan. That Report shall address all matters previously required to be included in the parties' original July 9, 2008, Joint Status Report. Upon receipt of the parties' updated Report, the Court will issue another Amended PTSO scheduling litigation on the remaining claims.

IT IS SO ORDERED.

Dated: March 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE