1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Suite 290
2  Sacramento, CA 95822
   (916) 456-1122
3  (916) 737-1126 (fax)
   Martha M. Stringer, CSB #156333
4
   Attorneys for respondents/defendants COUNTY OF COLUSA
5  (erroneously sued as "the Board of Supervisors of the County of Colusa")
   and STEPHEN HACKNEY

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL D. CLAXTON,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>COUNTY OF COLUSA; the BOARD OF SUPERVISORS OF THE COUNTY OF COLUSA; STEPHEN HACKNEY in his official capacity; and DOES 1-100, inclusive,<br><br>    Respondents/Defendants. | CASE NO: 2:08-CV-01058-MCE-EFB<br><br>**STIPULATION AND ORDER REGARDING BRIEFING ON WRIT PROCEEDING** |

Counsel for the parties have agreed that the collection and certification of the administrative record in this case has taken longer than expected due to the collaboration between counsel as to what documents should be included in the record. The record now contains two full volumes and is in the process of being certified.

Given the delay in assembling and certifying the administrative record, the parties have agreed to changes in the briefing schedule currently in place. The parties have stipulated to the following schedule:

///

///

///

Petitioner's opening brief would be due by August 1, 2009; respondent's opposition brief would be due by September 1, 2009, and petitioner's reply would be due by September 21, 2009. The hearing date would be November 18, 2009 at 2:00 pm in Courtroom, or as set by the Court.

Dated: April 21, 2009          McDONOUGH HOLLAND & ALLEN, PC

By:/s/ Kara Ueda (original signature retained by counsel)
   KARA K. UEDA, CSB 210044
   Attorneys for petitioner/plaintiff
   DANIEL D. CLAXTON

Dated: April 21, 2009          WILLIAMS & ASSOCIATES

By: /s/ Martha M. Stringer
   MARTHA M. STRINGER, CSB 156333
   Attorneys for respondents/defendants
   COUNTY OF COLUSA and STEPHEN HACKNEY

## ORDER

Having read the foregoing, and good cause appearing therefor,

**IT IS ORDERED** that the briefing schedule on briefing for the writ of mandate is continued and amended as follows:

- Petitioner's opening brief is due by August 1, 2009;
- Respondent's opposition brief is due by September 1, 2009;
- Petitioner's reply brief is due by September 21, 2009;
- The hearing date is November 19, 2009 at 2:00 p.m.

Dated: April 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE