**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)
Martha M. Stringer, CSB #156333

Attorneys for respondents/defendants COUNTY OF COLUSA
(erroneously sued as "the Board of Supervisors of the County of Colusa")
and STEPHEN HACKNEY

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL D. CLAXTON,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>COUNTY OF COLUSA; the BOARD OF SUPERVISORS OF THE COUNTY OF COLUSA; STEPHEN HACKNEY in his official capacity; and DOES 1-100, inclusive,<br><br>    Respondents/Defendants. | CASE NO: 2:08-cv-01058-MCE-EFB<br><br>**STIPULATION AND ORDER REGARDING STATUS CONFERENCE** |

Counsel for the parties request a status conference.   The parties have stipulated to the following date and time: October 20, 2011 at 2:00 p.m. in Courtroom 7, or as set by the Court.

Dated: September 7, 2011        BEST BEST & KRIEGER

                    By: */s/ Kara Ueda*
                        KARA K. UEDA, CSB 210044
                        Attorneys for petitioner/plaintiff
                        DANIEL D. CLAXTON

//

//

//

*Claxton v. Colusa*/USDC Case No. 2:08-CV-01058-MCE-EFB/Stipulation and Order re: Status Conference   Page 1

1 | Dated: September 7, 2011        WILLIAMS & ASSOCIATES

By: */s/ Martha M. Stringer*
MARTHA M. STRINGER, CSB 156333
Attorneys for respondents/defendants
COUNTY OF COLUSA and STEPHEN HACKNEY

## ORDER

Having read the foregoing, and good cause appearing therefor,

**IT IS ORDERED** that the status conference is set as follows: October 20, 2011 at 2:00 p.m. in Courtroom 7. The parties are directed to file a joint status report two weeks in advance of the conference.

Dated: September 12, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

*Claxton v. Colusa*/USDC Case No. 2:08-CV-01058-MCE-EFB/Stipulation and Order re: Status Conference   Page 2