KARA K. UEDA, CSB 210044
KIMBERLY E. HOOD, CSB 229195
Best Best & Krieger LLP
500 Capitol Mall, Suite 1700
Sacramento, CA  95814
Telephone: (916) 325-4000
Facsimile:  (916) 325-4010
Attorneys for Plaintiff
Daniel D. Claxton

MARTHA M. STRINGER, CSB 156333
Williams & Associates
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
Telephone: (916) 456-1122
Facsimile:  (916) 737-1126
Attorneys for Defendants County of Colusa
and Stephen Hackney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL D. CLAXTON,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF COLUSA; the BOARD OF SUPERVISORS OF THE COUNTY OF COLUSA; STEPHEN HACKNEY in his official capacity; and DOES 1-100, inclusive,<br><br>  Defendants. | Case No.  2:08-CV-01058-MCE-EFB<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Federal Rule of Civil Procedure Rule 41(a)(1)(ii)] |

///
///
///
///
///
///
///

Stipulation for Voluntary Dismissal

The parties to the above-captioned matter, by and through their respective counsel of record, hereby stipulate that the matter as to all remaining parties be, and hereby is, dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii).

Dated: February 7, 2012                              BEST BEST & KRIEGER LLP


                                                     By:  /s/ Kara K. Ueda
                                                         KARA K. UEDA
                                                         Attorneys for Plaintiff
                                                         Daniel D. Claxton


Dated: January 31, 2012                              WILLIAMS & ASSOCIATES


                                                     By:  /s/ Martha M. Stringer
                                                         MARTHA M. STRINGER
                                                         Attorneys for County of Colusa and
                                                         Stephen Hackney

**ORDER**

Good cause appearing therefore, the parties' Stipulation for Voluntary Dismissal is Granted. This matter having been resolved in its entirety, the Clerk of Court is hereby directed to close the file.

Dated: February 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation for Voluntary Dismissal          - 2 -