1  KARA K. UEDA, CSB 210044
   KIMBERLY E. HOOD, CSB 229195
2  Best Best & Krieger LLP
   500 Capitol Mall, Suite 1700
3  Sacramento, CA  95814
   Telephone: (916) 325-4000
4  Facsimile:  (916) 325-4010
   Attorneys for Plaintiff
5  Daniel D. Claxton

6  MARTHA M. STRINGER, CSB 156333
   Williams & Associates
7  1250 Sutterville Road, Suite 290
   Sacramento, CA  95822
8  Telephone: (916) 456-1122
   Facsimile:  (916) 737-1126
9  Attorneys for Defendants County of Colusa
   and Stephen Hackney

10

11            UNITED STATES DISTRICT COURT

12            EASTERN DISTRICT OF CALIFORNIA

13

14  DANIEL D. CLAXTON,                    Case No.  2:08-CV-01058-MCE-EFB

15            Plaintiff,                  **STIPULATION AND ORDER FOR**
                                          **VOLUNTARY DISMISSAL WITH**
16  v.                                    **PREJUDICE**

17  COUNTY OF COLUSA; the BOARD OF        [Federal Rule of Civil Procedure Rule
    SUPERVISORS OF THE COUNTY OF          41(a)(1)(ii)]
18  COLUSA; STEPHEN HACKNEY in his
    official capacity; and DOES 1-100,
19  inclusive,

20            Defendants.

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CA 95814

1    The parties to the above-captioned matter, by and through their respective counsel of

2  record, hereby stipulate that the matter as to all remaining parties be, and hereby is, dismissed,

3  with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii).

4

5  Dated: February 7, 2012                    BEST BEST & KRIEGER LLP

6

7                                              By:  /s/ Kara K. Ueda
                                                   _____
8                                                  KARA K. UEDA
                                                   Attorneys for Plaintiff
9                                                  Daniel D. Claxton

10 Dated: January 31, 2012                    WILLIAMS & ASSOCIATES

11

12                                             By:  /s/ Martha M. Stringer
                                                   _____
13                                                 MARTHA M. STRINGER
                                                   Attorneys for County of Colusa and
14                                                 Stephen Hackney

15                                  **ORDER**

16

17    Good cause appearing therefore, the parties' Stipulation for Voluntary Dismissal is

18 Granted.  This matter having been resolved in its entirety, the Clerk of Court is hereby directed to

19 close the file.

20

21 Dated:  February 16, 2012

22

23                                             _____
                                               MORRISON C. ENGLAND, JR
24                                             UNITED STATES DISTRICT JUDGE

25

26

27

28
                                               _____

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CA 95814